UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**MONTREAL MANNING**            **CIV. ACTION NO. 3:22-01460**

**VERSUS**            **JUDGE TERRY A. DOUGHTY**

**EVERETT HUFF, ET AL.**            **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 24] previously filed herein, having thoroughly reviewed the record, noting the lack of objection, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion For Partial Dismissal [Doc. No. 20] filed by Defendant Sheriff Gary Gilley is **GRANTED**, and that Plaintiff Montreal Manning's 42 U.S.C. § 1983 claims asserted against said Defendant, in his individual and official capacities, are hereby **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted. FED. R. CIV. P. 12(b)(6).

**MONROE, LOUISIANA**, this 21st day of September 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE